UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JENNIFER LYNN ARCE,

      Plaintiff,

v.                              Case   No.   3:25cv2511-MCR-HTC

ARMANDO ARCE,

      Defendant.
_____/

## ORDER

The Magistrate Judge issued a Report and Recommendation dated December 11, 2025 (ECF No. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a de novo determination of all timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this Order.

2.    Okaloosa County Case No. 2023 DR 2903 is REMANDED to the state court from which it was removed because this Court lacks subject matter jurisdiction over the state court action.

3.    All pending motions are DENIED as moot.

4.    The clerk shall close the file.

**DONE AND ORDERED** this 18th day of May 2026.

*M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**